300

585 A.2d 1003

Marie FENTON, Administratrix of the Estate of
William Carter, Appellant,

v.

CITY OF PHILADELPHIA and Commonwealth of Pennsylvania, Department of Transportation, and David Kulb.

Supreme Court of Pennsylvania.

Argued Jan. 17, 1991.

Decided Feb. 7, 1991.

Larry E. Coben, Eleanor D. Thompson, Philadelphia, for appellant.

Miriam B. Brenaman, Chief Asst. City Sol., for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.